UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSQUEHANNA COMMERCIAL FINANCE, INC. | : | |
| Plaintiff | : | Civil Action |
| vs | : | |
| GOLD PLANE CUSTOM CABINETS, LLC; JOHN GEONETTA; and REINHOLD APPELHANS | : | No. 13-5255 |
| Defendants | : | |

**FILED**

JUN 1 8 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## JUDGMENT

BEFORE GOLDBERG, M.

AND NOW, to wit, this 18th day of June, 2014, and Averment of Default and the amount due having been filed and Defendant Gold Plane Custom Cabinets, LLC having been defaulted by failing to appear, file an Answer, or otherwise plead to the Complaint, it is hereby

ORDERED that judgment is entered for the Plaintiff against Defendant Gold Plane Custom Cabinets, LLC in the amount of One Hundred Thirty-Five Thousand Three Hundred Seventeen and 90/100ths Dollars ($135,317.90), plus interest from the date hereof, plus costs of suit.

MICHAEL E. KUNZ, Clerk

By: Richard Sabol
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA